IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAMES NETTI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　Plaintiff,<br><br>v.<br><br>SHUFFLE 512, LLC and MATTHEW MORGAN,<br><br>　　Defendants. | §§§§§§§§§§§§ Case No. 1:22-cv-01317-RP |

## JOINT NOTICE OF SETTLEMENT

　　Plaintiff James Netti and Defendants Shuffle 512, LLC and Matthew Morgan file this Joint Notice of Settlement to notify the Court that the parties have reached a settlement of all claims in the above-styled cause. The parties are working to finalize the settlement agreement and anticipate filing a Joint Stipulation of Dismissal within the next 30 days. Therefore, the parties jointly move the Court to temporarily abate all deadlines imposed by the Federal Rules of Civil Procedure and this Court's Local Rules pending the anticipated dismissal of the action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**CORNELL SMITH MIERL**
　　　　　　　　　　　　　　　　　　　**BRUTOCAO BURTON, LLP**
　　　　　　　　　　　　　　　　　　　1607 West Avenue
　　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　　Telephone:　(512) 328-1540
　　　　　　　　　　　　　　　　　　　Telecopy:　　(512) 328-1541

　　　　　　　　　　　　　　　　　　　Andrew Broadaway
　　　　　　　　　　　　　　　　　　　State Bar No. 24082332
　　　　　　　　　　　　　　　　　　　abroadaway@cornellsmith.com
　　　　　　　　　　　　　　　　　　　Josh Ordiway
　　　　　　　　　　　　　　　　　　　State Bar No. 24126538
　　　　　　　　　　　　　　　　　　　jordiway@cornellsmith.com

By: */s/ Andrew J. Broadaway*
    Andrew J. Broadaway

**ATTORNEYS FOR DEFENDANTS**


**THE BUENKER LAW FIRM**
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile

Josef F. Buenker
State Bar No. 03316860
jbuenker@buenkerlaw.com

By: */s/ Josef F. Buenker*
    Josef F. Buenker

**ATTORNEY-IN-CHARGE FOR PLAINTIFF JAMES NETTI**

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

By: */s/ Andrew J. Broadaway*
Andrew J. Broadaway

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for both parties conferred by email on June 16, 2023, and agreed to this motion.

By: */s/ Andrew J. Broadaway*
Andrew J. Broadaway